**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIA LI,<br><br>              Petitioner,<br><br>v.<br><br>WARDEN OF ADELANTO ICE PROCESSING CENTER, ET AL.,<br><br>              Respondents. | Case No. 5:26-cv-02704-AYP<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: July 6, 2026



_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE